UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL L. RHEM,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

Case No.  C07-5058RJB

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME

    This matter is before the court on respondent's motion for an extension of time to file an answer to the petition.  (Doc. 16)  After reviewing the motion and the remaining record, the court orders as follows.

    (l) The court finds that it is necessary for Respondent to obtain the state court records to properly answer the petition and that the time requested is reasonable.  Accordingly, respondent's motion for an extension of time is **GRANTED.  Respondent shall file the an answer, AND a response to Petitioner's request to stay the proceedings (filed on February 7, 2007, and a copy was provided with service of the Petition) to the Petition by no later than August 20, 2007**.

    (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 23rd day of July, 2007.

                      /s/ *J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER
Page - 1