UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL L. RHEM,

        Petitioner,

   v.

JEFFREY UTTECHT,

        Respondent.

Case No. C07-5058RJB

ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION

The Court, having reviewed the petition for habeas corpus, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's motion to voluntarily dismiss his petition is GRANTED.

(3)    Petitioner's federal habeas petition is DISMISSED without prejudice.

(4)    The Clerk is directed to send copies of this Order to petitioner and to Judge Arnold.

DATED this 16th day of October, 2007.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1